ACCEPTED
04-15-00005-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/25/2015 12:14:57 PM
KEITH HOTTLE
CLERK

No. 04-15-00005-CV

_____

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/25/2015 12:14:57 PM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS AT SAN ANTONIO

_____

*In re Estate of Jack Hiromi Ikenaga, Sr.*

_____

On Appeal from Cause No. 2011-PC-4330
In the First Probate Court of Bexar County, Texas

_____

## NOTICE OF APPEARANCE OF COUNSEL

## FOR ACCC HOLDING CORPORATION

_____

Pursuant to TEX. R. APP. P. 6.2, Joseph S. Cohen and Nicholas D. Stepp hereby appear as counsel for Appellee ACCC Holding Corporation.

> **Joseph S. Cohen**
> State Bar No. 04508370
> jcohen@bmpllp.com
> **Nicholas D. Stepp**
> State Bar No. 24077701
> nstepp@bmpllp.com
> **BEIRNE, MAYNARD & PARSONS, L.L.P.**
> 1300 Post Oak Boulevard
> Suite 2500
> Houston, Texas 77056
> Telephone: (713) 623-0887
> Telecopier: (713) 960-1527

Each undersigned counsel respectfully requests that he be listed as counsel for ACCC Holding Corporation on the Court's docket, and that he receive service of all documents filed in this case.

Respectfully submitted,

BEIRNE, MAYNARD & PARSONS, L.L.P.

/s/ Joseph S. Cohen

Joseph S. Cohen
State Bar No. 04508370
1300 Post Oak Boulevard
Suite 2500
Houston, Texas 77056
Telephone: (713) 623-0887
Telecopier: (713) 960-1527
jcohen@bmpllp.com

/s/ Nicholas D. Stepp

Nicholas D. Stepp
State Bar No. 24077701
1300 Post Oak Boulevard
Suite 2500
Houston, Texas 77056
Telephone: (713) 623-0887
Telecopier: (713) 960-1527
nstepp@bmpllp.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via e-filing or facsimile to the following parties on June 25, 2015:

David L. McLane
The McLane Law Firm
The Colonnade
9901 IH-10 West, Suite 695
San Antonio, Texas 78230
dlmclanelaw@aol.com
Tel: (210) 736-9966
Fax: (210) 547-7932

Philip M. Ross
1006 Holbrook Road
San Antonio, Texas 78218
philipmross@hotmail.com
**Attorneys for Appellant Sandra Ikenaga**

Mark Stanton Smith
3737 Broadway, Suite 370
San Antonio, Texas 78209
atysmith@heardandsmith.com
**Attorney for William D. Bailey, Temporary Administrator**

Michael J. Cenatiempo
770 South Post Oak Lane, Suite 500
Houston, Texas 77056
mikecen@cenatiempo.com

William H. Ford
10000 Reunion Place, Suite 640
San Antonio, Texas 78216
Bill.ford@fordmurray.com

Sam Houston
Houston Dunn
4040 Broadway, Suite 440
San Antonio, Texas 78209
Tel: (210) 775-0882
sam@hdappeals.com
**Attorneys for Jack Hiromi Ikenaga, Jr.**

Kevin M. Young
10101 Reunion Place, Suite 600
San Antonio, Texas 78209
kyoung@phmy.com
**Attorney for Nancy Summers, Christine Ikenaga, Patrick Gasiorowski, and Eric Goodman**

*/s/ Joseph S. Cohen*

Joseph S. Cohen

2190085v.1